# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Microsoft Corp. v. GeoTag, Inc., No. 15-1140

## AMENDED CERTIFICATE OF INTEREST

Counsel for Appellee Google Inc. certifies the following:

1. The full name of the party represented by me is Google Inc.

2. The name of the real party in interest represented by me is Google Inc.

3. Google Inc. is a wholly owned subsidiary of Alphabet Inc., a publicly traded company (NASDAQ: GOOG, GOOGL). No publicly held company owns 10% or more of Alphabet Inc.'s stock.

4. The names of all firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this court are:

   Arnold & Porter LLP: Michael A. Berta; Marc A. Cohn; Maulik G. Shah

   Connolly Bove Lodge & Hutz LLP: Arthur G. Connolly, III; Thatcher A. Rahmeier

   Connolly Gallagher LLP: Arthur G. Connolly, III

   K&L Gates LLP: Michael J. Abernathy; Brian Arnold; Michael J. Bettinger; Christy V. La Pierre; Irene I. Yang

   Keker & Van Nest LLP: Abhishek Bajoria; Asim M. Bhansali; Matthias Kamber; Michael S. Kwun; Rachael E. Meny; Reid P. Mullen; Rebekah L. Punak; Robert A. Van Nest

   King & Spalding LLP: Adam M. Conrad; Daryl L. Joseffer; Paul Alessio Mezzina

   Perkins Coie LLP: Ramsey M. Al-Salam; Matthew C. Bernstein; Melody K. Glazer; Christopher Kao; Sher Kung; Ryan J. McBrayer; Patrick J. McKeever; Victoria Q. Smith; Stevan R. Stark, Jr.

   Potter Anderson & Corroon, LLP: Richard L. Horwitz; David Ellis Moore; Bindu Ann George Palapura

This 6th day of October 2015.         */s/ Daryl L. Joseffer*
                                      Daryl L. Joseffer

# **CERTIFICATE OF SERVICE**

In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, this is to certify that I have this day served the foregoing Amended Certificate of Interest via the Court's CM/ECF on all counsel of record.

DATED: October 6, 2015

                                        */s/ Daryl L. Joseffer*
                                        Daryl L. Joseffer